**Deborah A. PATTON, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 02–3242.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 1, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Earl MOSS, Petitioner,**

v.

**DEPARTMENT OF THE
ARMY, Respondent.**

No. 02–3248.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 1, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.